UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ILIR LECAJ<br>　　Plaintiff,<br><br>v.<br><br>CACH, LLC,<br>J.A. CAMBECE LAW OFFICE, P.C., and<br>GINA DESROCHERS,<br>　　Defendants. | Docket No. 1:15-cv-14003-DJC |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that this matter shall be dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　/s/ Ilir Lecaj
　　　　　　　　　　　　　　　　　　　　Ilir Lecaj, Plaintiff, Pro Se

　　　　　　　　　　　　　　　　　　　　CACH, LLC
　　　　　　　　　　　　　　　　　　　　By its attorney,

　　　　　　　　　　　　　　　　　　　　/s/ Joshua M. D. Segal
　　　　　　　　　　　　　　　　　　　　Joshua M. D. Segal (BBO No. 678367)
　　　　　　　　　　　　　　　　　　　　　　JSegal@Lawson-Weitzen.com
　　　　　　　　　　　　　　　　　　　　LAWSON & WEITZEN, LLP
　　　　　　　　　　　　　　　　　　　　88 Black Falcon Avenue, Suite 345
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02210
　　　　　　　　　　　　　　　　　　　　(617) 439-4990
　　　　　　　　　　　　　　　　　　　　(617) 439-3987 (fax)

　　　　　　　　　　　　　　　　　　　　/s/ Ranen S. Schechner
　　　　　　　　　　　　　　　　　　　　Ranen S. Schechner (BBO No. 655641)
　　　　　　　　　　　　　　　　　　　　HINSHAW & CULBERTSON LLP
　　　　　　　　　　　　　　　　　　　　28 State Street, 24th Floor
　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　(617) 213-7000
　　　　　　　　　　　　　　　　　　　　(617) 213-7001 (Facsimile)

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a paper copy will be sent to plaintiff by certified mail and an electronic copy by email on March 10, 2016.

                                          /s/ Joshua M. D. Segal
                                          Joshua M. D. Segal